UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUANE PARTRIDGE,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>HEARTLAND EXPRESS INC OF IOWA,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05486-DGE<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Because the Court remanded this matter for lack of subject matter jurisdiction (Dkt. No. 19), the Parties' stipulated request for a continuance of early case deadlines (Dkt. No. 18) is DENIED as moot.

Dated this 16th day of September, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1